# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. WILLIAMS, | 1:09-cv-02036 YNP [DLB] (HC) |
| Petitioner, | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| COALINGA STATE HOSPITAL, et al., | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a complaint for violation of the Federal False Claims Act and California's False Claims Act, This action was originally field in the U.S. District Court for the Northern District of California.

It appears that this case is duplicative of 1:09-cv-01892-OWW-DLB (hereinafter 01892), which was filed with this court on November 2, 2011. Pleadings in each cases are exact copies of each other; each case name the United States of America and the State of California as plaintiffs and both cases name "Coalinga State Hospital, a California Corporation; Dr. Richard May, Staff Psychiatrist as an individual; Does 1-68 Inclusive," as defendants. Additionally, both cases are headed with the same caption, "Complaint for Violation of the Federal False Claims Act (31 USC § 3729 et seq. And California's False Claims Act (Cal. Gov. Code § § 12650 et seq.)".

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) This action is DISMISSED without prejudice as duplicative;

IT IS SO ORDERED.

   **Dated:**   **January 12, 2010**          **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE